UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | )  | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jennifer Monczka v. Bayer HealthCare*       No.11-cv-13486-DRH
*Pharmaceuticals Inc., et al.*

*Chris Teal v. Bayer HealthCare*       No.11-cv-10235-DRH
*Pharmaceuticals Inc., et al.*


### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal entered May 11, 2015 in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                           JUSTINE FLANAGAN,
                           ACTING CLERK OF COURT

Digitally signed by David R. Herndon
Date: 2015.05.20 12:10:14 -05'00'

BY: **/s/*Caitlin Fischer***
      **Deputy Clerk**

APPROVED:
     DISTRICT JUDGE
     U. S. DISTRICT COURT